# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kroupa, Diane L. | United States Tax Court | 07/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

400 Second Street, NW
Suite 310
Washington, DC 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust Number 2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed -- Political and Grassroots Consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kroupa, Diane L. | 07/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank (fka Norwest Bank) | Line of Credit | J |
| 2. | Wells Fargo Bank Business | Business Line of Credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kroupa, Diane L. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Edward Jones Brokerage Account (H) | | | | | | | | | |
| 2. --Mattel Common Stock | A | Dividend | J | T | | | | | |
| 3. --Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 4. --Dow Chemical Common Stock | A | Dividend | J | T | | | | | |
| 5. Edward Jones IRA (H) | | | | | | | | | |
| 6. --Bond Fund of America, Class A | A | Dividend | L | T | | | | | |
| 7. --Capital Income Builder Fund A | A | Dividend | K | T | | | | | |
| 8. --Capital World Growth & Income Fund A | A | Dividend | K | T | | | | | |
| 9. --Growth Fund of America, Class A | A | Dividend | K | T | | | | | |
| 10. --Income Fund of America, Fund A | A | Dividend | K | T | | | | | |
| 11. --Investment Co of America, Fund A | A | Dividend | K | T | | | | | |
| 12. --American Mutual, Class A | A | Dividend | J | T | | | | | |
| 13. --Blackrock Equity Dividend, Class C | A | Dividend | K | T | Buy | 04/30/12 | K | | See note Part VIII |
| 14. --Franklin Flex Cap Growth, Class C | A | Dividend | J | T | Buy | 04/30/12 | J | | See note Part VIII |
| 15. --Franklin Rising Div. Fund, Class C | A | Dividend | J | T | Buy | 04/30/12 | J | | See note Part VIII |
| 16. --Invesco Van Kampen Eq & Inc. Fund, Class C | A | Dividend | K | T | Buy | 04/30/12 | K | | See note Part VIII |
| 17. --Invesco Van Kampen Am Value Fund, Class C | A | Dividend | J | T | Buy | 04/30/12 | J | | See note Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kroupa, Diane L.. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --MFS Int'l Growth Fund, Class C | A | Dividend | J | T | Buy | 04/30/12 | J | | See note Part VIII |
| 19.  --MFS Int'l New Discovery Fund, Class C | A | Dividend | J | T | Buy | 04/30/12 | J | | See note Part VIII |
| 20.  --Mutual Global Discovery Fund, Class C | A | Dividend | K | T | Buy | 04/30/12 | K | | See note Part VIII |
| 21.  --Templeton Global Bond Fund, Class C | A | Int./Div. | K | T | Buy | 04/30/12 | K | | See note Part VIII |
| 22.  --Cash | A | Interest | K | T | Buy | 04/30/12 | K | | See note Part VIII |
| 23.  Edward Jones SEP (H) | | | | | | | | | |
| 24.  --Bond Fund of America, Class A | A | Dividend | J | T | | | | | |
| 25.  --Capital Income Builder Fund, Class C | A | Dividend | J | T | | | | | |
| 26.  --Capital World Growth & Income Fund, Class C | A | Dividend | J | T | | | | | |
| 27.  --Europacific Growth Fund, Class A | A | Dividend | J | T | | | | | |
| 28.  --Growth Fund of America, Class A | A | Dividend | J | T | | | | | |
| 29.  --Income Fund of America Fund A | A | Dividend | J | T | | | | | |
| 30.  --Intermediate Bond Fund of America, Class A | A | Dividend | J | T | | | | | |
| 31.  --Investment Co of America, Fund A | A | Dividend | J | T | | | | | |
| 32.  --AFS Global Balanced Fund, Class A | A | Dividend | J | T | | | | | |
| 33.  --American Mutual Fund, Class A | A | Dividend | J | T | | | | | |
| 34.  Edward Jones, IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kroupa, Diane L. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --AFS Global Balanced, Class A | A | Dividend | J | T | | | | | |
| 36. Trust #2 (H) | | | | | | | | | |
| 37. -- Capital Income Builder Fund A | A | Dividend | J | T | | | | | |
| 38. --Capital World Growth & Income Fund A | A | Dividend | J | T | | | | | |
| 39. --American Balanced Fund, Class A | A | Dividend | J | T | | | | | |
| 40. Minnesota State Retirement Plan | C | Int./Div. | | | Closed | 04/30/12 | M | | Rolled into IRA |
| 41. Minnesota State Deferred Compensation Plan | C | Int./Div. | | | Closed | 04/30/12 | K | | Rolled into IRA |
| 42. Savings--US Bank | A | Interest | J | T | | | | | |
| 43. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kroupa, Diane L.. | 07/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II  I rolled over on 4/30/12 to my IRA all amounts from the 1995 Minnesota State Retirement System and Minnesota State Deferred Compensation Plan.

Part VII, Investments and Trusts, lines 12-21.

I purchased assets listed on lines 12-21 when I closed the 1995 Minnesota State Retirement System and the Minnesota State Deferred Compensation Plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Diane L. Kroupa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544